**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES MITCHELL, | ) | NO. CV 17-5118-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CA LOS ANGELES DIVISION, | ) ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: __December 7, 2017_____.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE